279 P.2d 68]

[Civ. No. 20457. Second Dist., Div. Two. Jan. 26, 1955.]

Estate of WALTER BODGER, Deceased. SECURITY-FIRST NATIONAL BANK OF LOS ANGELES (a National Banking Association), Appellant, v. KATHARINE A. BODGER et al., Beneficiaries and Respondents.

Denio, Hart, Taubman & Simpson for Appellant.

No appearance for Respondents.

John F. McCarthy, as Amicus Curiae on behalf of Respondents.

THE COURT.—The precise question presented on this appeal was decided in the matter of the *Estate of John C. Bodger, ante,* p. 416 [279 P.2d 61], 2d Civil No. 20458, filed this day.

For the reasons therein stated the portion of the court's order settling first and final account from which an appeal has been taken is reversed.